# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAMINA PINDER and SCOTT SIGMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 1:12-cv-03300-WSD-JSA |
| JOHN MARSHALL LAW SCHOOL, LLC,) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Kamina Pinder and Scott Sigman, and file this Stipulation of Dismissal with Prejudice, with the consent of Defendant John Marshall Law School, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is with prejudice, with each party to bear his, her or its own costs and attorneys' fees.

Respectfully submitted this 7th day of January, 2015.

/s/ Edward D. Buckley_____
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleylawatl.com
Jamie L. Duguay
Georgia Bar No. 829447
jlduguay@buckleylawatl.com
The Buckley Law Firm, LLC
Promenade, Suite 900
1230 Peachtree Street, NE

Atlanta, GA 30309
(404) 781-1100 (telephone)
(404) 781-1101 (facsimile)

*Attorneys for Plaintiffs*
*Kamina Pinder and Scott Sigman*

CONSENTED TO BY:

/s/ Mary M. Brockington_____
Mary M. Brockington
Georgia Bar No. 084220
mmb@sbllaw.net
Jonathan R. Poole
Georgia Bar No. 142311
jrp@sbllaw.net
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium, Suite 2200
1170 Peachtree Street, N.E.
Atlanta, Georgia 30309
(678) 347-2200 (telephone)
(678) 347-2210 (facsimile)

*Attorneys for Defendant John Marshall Law School, LLC*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAMINA PINDER and SCOTT SIGMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 1:12-cv-03300-WSD-JSA |
| JOHN MARSHALL LAW SCHOOL, LLC,) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this action with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Mary M. Brockington
>mmb@sbllaw.net
>Jonathan R. Poole
>jrp@sbllaw.net
>STRICKLAND BROCKINGTON LEWIS LLP
>Midtown Proscenium, Suite 2200
>1170 Peachtree Street, N.E.
>Atlanta, Georgia 30309

This 7th day of January, 2015.

/s/ Edward D. Buckley._____
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleylawatl.com